entered upon a verdict and an order denying a motion for a new trial.

*John N. Carlisle* for appellant.

*F. B. Pitcher* and *George A. Lawyer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.

———————

THOMAS L. REYNOLDS, Respondent, *v.* RUTH BRITTON, as Executrix of DENNIS McMAHON et al., Defendants, and LUCY BOWEN, Appellant.

*Reynolds* v. *Britton,* 102 App. Div. 609, affirmed.
(Argued February 12, 1906; decided February 27, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 11, 1905, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Robert J. Mahon* for appellant.

*Claude V. Pallister* and *Francis C. Reed* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ. Absent: CULLEN, Ch. J.

———————

CHARLES W. METCALF, an Infant, by SARAH M. BARBER, His Guardian ad Litem, Respondent, *v.* JONATHAN W. METCALF, Appellant.

*Metcalf* v. *Metcalf,* 97 App. Div. 641, affirmed.
(Argued February 12, 1906; decided February 27, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered

October 18, 1904, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*H. L. Munson* and *A. B. Ottaway* for appellant.

*Charles H. Addington* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ. Absent: CULLEN, Ch. J.

---

JAMES BRADLEY, Respondent, *v.* PETER WAGNER et al., Appellants.

*Bradley* v. *Wagner,* 90 App. Div. 607, affirmed.
(Submitted February 12, 1906; decided February 27, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 3, 1904, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*John P. Everett* for appellants.

*Henry Wendt* and *Edward D. Edson* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ. Absent: CULLEN, Ch. J.

---

CHARLES M. COHNFELD, Respondent, *v.* LEON TANENBAUM, Appellant.

*Cohnfeld* v. *Tanenbaum,* 102 App. Div. 614, affirmed.
(Argued February 12, 1906; decided February 27, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered